**Electronically Filed
Supreme Court
SCWC-30487
04-MAY-2012
02:20 PM**

NO. SCWC-30487

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GREGORY NAGAO, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30487; S.P.P. NO. 09-1-0093 (CR. NO. 94-1501))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba,
and McKenna, JJ., and Circuit Judge Chang,
in place of Duffy, J., recused)

The Application for Writ of Certiorari filed on March

22, 2012 by Petitioner/Petitioner-Appellant Gregory Nagao is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 4, 2012.


Emmanuel G. Guerrero,
for petitioner/
petitioner-appellant,
on the application.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Gary W. B. Chang

